UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA

IN RE:                                                )
  KNAPP, SCOTT R.
|                                                      ) CASE NO. 09-20086
                                                       )
                               Debtor(s)   ) Chapter 7

# NOTICE OF DEPOSIT OF UNCLAIMED FUNDS

Comes now David R. DuBois and respectfully represents and shows:

1. I am the Trustee for the estate of the above-named Debtor(s), having been so appointed on 01/12/09.

2. That pursuant to the Distribution Summary, I made distribution to the persons named and in the amounts set out therein.

3. One of said checks, namely Check No. 103, dated 10/26/10 in the amount of $35.16 was mailed to the payee thereof, namely Community Hospital at P.O. Box 3602, Munster, IN 46321; said check has never been presented for payment and is therefore stale. Pursuant to §347 of the Bankruptcy Code, all unclaimed monies should be paid into the Court; and, accordingly, I am tendering herewith my Check No. 111 in said amount(s) payable to the Clerk, U.S. Bankruptcy Court.

Dated at Portage IN on February 22, 2011.

                                                    /s/David R. DuBois
                                                    David R. DuBois, Trustee and
                                                     Trustee's attorney, #4609-64
                                                    6226 Central Avenue, P.O. Box 14
                                                    Portage, IN 46368-0014
                                                    Telephone: (219)762-5574

## CERTIFICATE OF SERVICE

I certify that on this date service of a true and complete copy of the foregoing instrument was made on the following persons by electronic filing as shown on the Notice of Electronic Filing or by depositing the same in the United States Mail in a properly addressed and stamped envelope:
 United States Trustee, 100 E. Wayne St., Ste. 555, South Bend, IN 46601
 Joanne Baitup, 1704 Calumet Ave., , Valparaiso, IN 46383
 KNAPP, SCOTT R., 2520 COLFAX STREET, , GARY, IN 46406

Dated at Portage, IN on February 22, 2011.

                                                    /s/ David R. DuBois
                                                    David R. DuBois, Trustee